JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW J. HERRERA,                    ) Case No. CV 12-10784-JVS (DTB)
              Petitioner,        )
                        ) **J U D G M E N T**
           vs.                )
CONNIE GIPSON, Warden,                 )
             Respondent.        )
_____ )

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the action is dismissed with prejudice.


DATED:  January 23, 2014

                                   _____
                                   JAMES V. SELNA
                                   UNITED STATES DISTRICT JUDGE